## CONE v. BULL.

In an action for an assault and battery, and for rescuing a prisoner, on issue to the jury the plaintiff was permitted to prove that he was an officer, and had a lawful writ of execution although not alleged in the declaration.

ACTION of trespass for an assault and battery, also for rescuing one Dudley whom the plaintiff had a prisoner upon an execution.

After the institution of this action, the judgment on which said execution issued was reversed, and the defendant plead *nul tiel record*, as to that part of the declaration which was found for him; and as to the assault and battery he plead not guilty — issue to the jury — and in this part of his declaration he had not alleged that he was an officer in the execution of his office.

Question — Whether the plaintiff might give evidence that he was a constable and held said Dudley a prisoner on said execution.

The court admitted the evidence to obviate the defendant's justification, and to show the right he had to oppose force to force in order to retain his prisoner.